UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TREZ CAPITAL (FLORIDA) CORPORATION,

    Plaintiff,

-against-

NOROTON HEIGHTS & COMPANY, LLC,

    Defendant.

20-CV-9622 (AJN) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference currently scheduled for March 25, 2021, at 2:15 p.m. is hereby ADJOURNED to **April 19, 2021, at 2:15 p.m.** Counsel are directed to meet one more time – for a minimum of 30 minutes – to exchange at least one more settlement demand and one more settlement offer. They should be prepared to present their revised positions at the start of the conference.

Dated: New York, New York
       March 25, 2021

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**