UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TREZ CAPITAL (FLORIDA) CORPORATION,

    Plaintiff,

-against-

NOROTON HEIGHTS & COMPANY, LLC,

    Defendant.

20-CV-9622 (AJN) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference currently scheduled for April 19, 2021, at 2:15 p.m. is hereby ADJOURNED to **April 26, 2021, at 2:15 p.m.** Counsel still must meet once more, as directed in this Court's Order dated March 25, 2021. (Dkt. No. 34.)

Dated:  New York, New York
       March 26, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**