UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREZ CAPITAL (FLORIDA) CORPORATION,

    Plaintiff,

-against-

NOROTON HEIGHTS & COMPANY, LLC,

    Defendant.



20-CV-9622 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    No later than **May 17, 2021**, the parties shall submit a confidential joint letter, emailed to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court as to whether the settlement options discussed during the April 26 settlement conference remain viable.

Dated:  New York, New York
       April 26, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**