**WOFSEY ROSEN KWESKIN & KURIANSKY** LLP

SINCE 1915

Laura B. Indellicati, Esq.

lindellicati@wrkk.com

November 12, 2021

<u>Via ECF</u>
Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021

    RE:    Trez Capital (Florida) Corporation v. Noroton Heights & Company, LLC, Case No.: 1:20-cv-9622-AJN;
<u>Letter-Motion Requesting Briefing Schedule on Motion/Responsive Pleadings</u>

Dear Judge Nathan:

    My office represents defendant-counterclaimant, Noroton Heights & Company LLC ("Noroton") in the above-referenced civil action. Noroton respectfully requests, on consent, that the Court so-order the following briefing schedule with regards to Noroton's anticipated Motion to Dismiss the Second Cause of Action in plaintiff-counterclaim defendant, Trez Capital (Florida) Corporation's ("Trez") First Amended Complaint.

1. Noroton's Motion to Dismiss the Second Cause of Action, Answer to the First Cause of Action, and Counterclaims to be filed on or before November 17, 2021;
2. Trez's Opposition to the Motion to Dismiss and Reply to Counterclaims to be filed on or before December 21, 2021;
3. Noroton's Reply on the Motion to Dismiss to be filed on or before January 21, ~~2021~~ 2022

Thank you for the Court's attention to this matter.

SO ORDERED.

Very truly yours,

/s/ *Alison J. Nathan* 11/18/2021

Wofsey, Rosen, Kweskin & Kuriansky, LLP
*Attorneys for Defendant-Counterclaimant*
*Noroton Heights & Company LLC*

By:     /s/ *Laura B. Indellicati*
    Laura B. Indellicati, Esq.
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street, 7th Floor
Stamford, CT 06901, T: (203) 951-1332