UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022

Trez Capital (Florida) Corporation,

    Plaintiff,

–v–

Noroton Heights & Company, LLC,

    Defendant.

20-cv-9622 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of time to complete discovery, the post-discovery conference scheduled for April 15, 2022, is hereby ADJOURNED to July 8, 2022, at 3:00 p.m. Unless the Court indicates otherwise, the proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: March 17, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge