```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :    20cv9622 (DLC)
                                         :
                        Plaintiff,       :    ORDER
            -v-                          :
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                        Counterclaim     :
                        Plaintiff,       :
            -v-                          :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                        Counterclaim     :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On February 28, 2022 the above captioned case was referred to Magistrate Judge Barbara C. Moses for general pretrial and dispositive motion purposes. The defendant/counterclaim plaintiff, Noroton Heights & Company, LLC ("Noroton"), has filed a motion to dismiss that is currently pending before this Court. On April 12, Noroton filed a letter motion addressed to Magistrate Judge Moses. Accordingly, it is hereby

ORDERED that the general pretrial and dispositive motion referral is vacated.

IT IS FURTHER ORDERED that, pursuant to this Court's individual practices in civil cases, the parties shall by **April 20, 2022** supply the Court with two courtesy copies of the first amended complaint and all supporting exhibits, answer and counterclaims, all briefing submitted in connection with Noroton's motion to dismiss, and the April 12 letter motion and all supporting exhibits to Chambers by delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that a telephone conference shall be held on **April 22, 2022 at 3:00 p.m.**  The attorney who will serve as principal trial counsel must participate in the conference. The parties shall use the following dial-in credentials for the conference.

    Dial-in:       888-363-4749
    Access code:   4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that requests for adjournment shall be made no later than four business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions.  The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented,

2

and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge