```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :    20cv9622 (DLC)
                                         :
                       Plaintiff,        :        ORDER
          -v-                            :
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                       Counterclaim      :
                       Plaintiff,        :
          -v-                            :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                       Counterclaim      :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received on April 18, 2022 a joint letter from the parties in the above-captioned action, it is hereby

ORDERED that the telephone conference currently scheduled for April 22 at 3:00 p.m. is rescheduled to **April 29 at 11:00 a.m.** The parties shall use the dial-in information provided in the Order of April 15.

IT IS FURTHER ORDERED that the plaintiff/counterclaim defendant, Trez Capital (Florida) Corporation, shall file by

**April 22** a letter response no longer than two pages to the April 12 letter motion filed by defendant/counterclaim plaintiff, Noroton Heights & Company, LLC ("Noroton").

SO ORDERED:

Dated:   New York, New York
         April 18, 2022

_____
DENISE COTE
United States District Judge