```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :        20cv9622 (DLC)
                                        :
                          Plaintiff,    :            ORDER
             -v-                        :
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                          Counterclaim  :
                          Plaintiff,    :
             -v-                        :
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :
                                        :
                          Counterclaim  :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received on May 11, 2022 a letter from the plaintiff, it is hereby

ORDERED that a telephone conference shall be held on **May 13, 2022 at 3:00 p.m.**  The parties shall use the following dial-in credentials for the conference.

Dial-in:      888-363-4749
Access code:    4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the defendant may file by **May 13 at 10:00 a.m.** a letter no longer than two pages to respond to the plaintiff's May 11 letter.

SO ORDERED:

Dated:      New York, New York
            May 11, 2022

_____
DENISE COTE
United States District Judge