

# MSF
Meister Seelig & Fein LLP

Remy J. Stocks
*Associate*
Direct (212) 655-3511
Fax (212) 655-3535
rjs@msf-law.com

May 12, 2022

*Via ECF*
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 906
New York, New York 10007

RE: *Trez Capital (Florida) Corporation v. Noroton Heights & Company, LLC*, Case No.: 1:20-cv-9622-DLC-BCM

Dear Judge Cote:

We represent plaintiff-counterclaim defendant Trez Capital (Florida) Corporation ("Trez"). On behalf of Trez and defendant-counterclaim plaintiff Noroton Heights & Company, LLC, we write to inform the Court that the parties have reached an agreement resolving the disputes raised in Trez's May 11, 2022 letter requesting a Rule 37.2 conference. ECF No. 72. We therefore believe that the telephone conference scheduled for tomorrow, May 13, 2022, at 3:00 p.m. is no longer necessary. Should the Court wish to discuss the issues raised in Trez's letter or any other matter, the parties are happy to appear for the conference as scheduled.

We are grateful to the Court for its time and its willingness to assist the parties in reaching a resolution.

Respectfully submitted,

/s/ Remy J. Stocks

Remy J. Stocks

*The conference is cancelled.*
*[signature]*
*5/13/22*

9782\1\8639237.v1