```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :    20cv9622 (DLC)
                                         :
                       Plaintiff,        :    ORDER
          -v-                            :
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                       Counterclaim      :
                       Plaintiff,        :
          -v-                            :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                       Counterclaim      :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion has been entered in the above captioned action denying the motion to enforce the defendant/counterclaim plaintiff's demand for a jury trial. Accordingly, it is hereby

ORDERED that the Joint Pretrial Order must be filed by **September 16, 2022.** All other deadlines in the scheduling Order of February 28 shall remain.

IT IS FURTHER ORDERED that, as described in this Court's Individual Practices in Civil Cases, the following documents

must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

IT IS FURTHER ORDERED that all direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

IT IS FURTHER ORDERED that those portions of depositions that are being offered as substantive evidence, along with a one-page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

IT IS FURTHER ORDERED that three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the

2

trial.  Affiants for whom such notice is not given are not required to be present at trial.

IT IS FURTHER ORDERED that at the time the above-described documents are filed or served, Counsel will provide the Court with one (1) electronic set of all exhibits, one (1) hardcopy of key exhibits, and two (2) courtesy copies of all other documents at the time they are served.  Counsel will also provide the Court with one (1) hardcopy of the depositions, as described above.  Counsel shall send the electronic versions to the Court's Chambers email:  Cotenysdchambers@nysd.uscourts.gov.  The case name, case number, and email contents should be clearly set forth in the email's subject line.

IT IS FURTHER ORDERED that the case is placed on the **October 2022** trial ready calendar.  The following procedures shall govern the conduct of the trial:

1. All exhibits must be pre-marked and assembled sequentially in a digital folder labelled with the exhibit numbers for ready reference.

2. In advance of the trial, each party will send a complete list of exhibits to the Court's Chambers email: Cotenysdchambers@nysd.uscourts.gov.  The list of exhibits should include witness affidavits and charts or summaries of evidence.  The case name, case number, and email contents should be clearly set forth in the email's subject line.

3. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday.  There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 to 2:00 p.m.

3

4. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

SO ORDERED:

Dated: New York, New York
July 5, 2022

*[signature]*
DENISE COTE
United States District Judge