UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
TREZ CAPITAL (FLORIDA) CORP.,        :         20cv9622 (DLC)
                                     :
                         Plaintiff,  :              ORDER
              -v-                    :
                                     :
NOROTON HEIGHTS & CO., LLC,          :
                                     :
                         Defendant.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    On July 29, 2022, the plaintiff filed a letter requesting a
conference with the Court to discuss three anticipated motions.
It is hereby

    ORDERED that the parties shall appear at a conference on
August 1, 2022, at 2:00 p.m. to be held telephonically.  The
parties shall use the following dial-in credentials for the
conference.

         Dial-in:       888-363-4749
         Access code:   4324948

The parties shall use a landline if one is available.

    SO ORDERED:


Dated:    New York, New York
          July 29, 2022


                              _____
                                        DENISE COTE
                              United States District Judge