```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :    20cv9622 (DLC)
                                         :
                          Plaintiff,     :        ORDER
            -v-                          :
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                          Defendant.     :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                          Counterclaim   :
                          Plaintiff,     :
            -v-                          :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                          Counterclaim   :
                          Defendant.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 28, 2022, the plaintiff filed a letter with the Court requesting permission to file motions in limine under Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993), earlier than the September 16, 2022 deadline for filing a Joint Pretrial Order. Accordingly, it is hereby

ORDERED that any motions in limine under Daubert are due August 12, 2022. Any opposition is due September 2, 2022. Any reply is due September 9, 2022. At the time of filing, the

filer shall supply Chambers with two (2) courtesy copies by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         August 1, 2022

                                                                 DENISE COTE
                                     United States District Judge

2