```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TREZ CAPITAL (FLORIDA) CORPORATION,   :
                                      :        20cv9622(DLC)
                         Plaintiff,   :
              -v-                     :           ORDER
                                      :
NOROTON HEIGHTS & COMPANY, LLC,       :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
------------------------------------- X
                                      :
NOROTON HEIGHTS & COMPANY, LLC,       :
                                      :
                         Counterclaim :
                          Plaintiff,  :
              -v-                     :
                                      :
TREZ CAPITAL (FLORIDA) CORPORATION,   :
                                      :
                         Counterclaim :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

A non-jury trial in the above-captioned action has been placed on the trial-ready calendar for the week of October 24, 2022. It is hereby

ORDERED that the final pretrial conference is scheduled for **October 20, 2022 at 11:30 A.M.** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the trial in this action will

commence on **October 31, 2022.**

Dated:   New York, New York
         September 26, 2022

                                             _____
                                                   DENISE COTE
                                      United States District Judge