```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :    20cv9622 (DLC)
                              Plaintiff, :
              -v-                        :    ORDER
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                              Defendant. :
                                         :
-----------------------------------------X
-----------------------------------------X
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                           Counterclaim  :
                              Plaintiff, :
              -v-                        :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                           Counterclaim  :
                              Defendant. :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 24, 2022, the plaintiff filed a motion in limine to preclude the defendant from relying on certain documents dated after July 2, 2020. Accordingly, it is hereby

ORDERED that any opposition to this motion in limine is due October 7.

Dated:   New York, New York
         September 27, 2022

                              _____
                                       DENISE COTE
                              United States District Judge