```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :    20cv9622 (DLC)
                                        :
                         Plaintiff,     :    ORDER
            -v-                         :
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                         Counterclaim   :
                         Plaintiff,     :
            -v-                         :
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :
                                        :
                         Counterclaim   :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 12, 2022, the plaintiff filed a motion in limine to exclude the report and testimony of Robert E. Unell. The defendant filed its opposition on September 2, and the plaintiff replied on September 26. Having reviewed the parties' submissions, it is hereby

ORDERED that the motion to exclude the report and testimony

of Robert E. Unell is denied.

Dated:     New York, New York
           September 27, 2022

                                   _____
                                        DENISE COTE
                                   United States District Judge