```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :    20cv9622 (DLC)
                                         :
                        Plaintiff,       :    ORDER
            -v-                          :
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                        Counterclaim     :
                        Plaintiff,       :
            -v-                          :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                        Counterclaim     :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 24, 2022, the plaintiff filed a motion in limine to preclude defendant from relying on certain documents dated after July 2, 2020 (the "September 24 MIL"), as well as a declaration in support of this motion (the "Meister Declaration"). On September 26, the plaintiff filed a reply to the defendant's opposition to a previously filed motion in

limine to exclude the expert report and testimony of R. Bruce Gamble (the "Gamble MIL Reply").[1]

On September 24, the plaintiff requested to file redacted versions of these documents. As required under this Court's Individual Practices in Civil Cases, the plaintiff filed under seal copies of the unredacted Gamble MIL Reply and the memorandum supporting the September 24 MIL. The plaintiff did not, however, file an unredacted copy of the Meister Declaration. During a telephone call at which counsel for all parties were present, counsel for the plaintiff stated that it was unable to file an unredacted copy of the Meister Declaration due to problems with the ECF system. In light of this issue, the plaintiff submitted an unredacted copy of the Meister Declaration to the Court via email on September 28 along with its service of intended trial exhibits. Having reviewed the proposed redactions in the memorandum supporting the September 24 MIL, the Meister Declaration, and the Gamble MIL Reply, it is hereby

ORDERED that the plaintiff's September 24 letter motion to seal is granted.

---

[1] The plaintiff stated in a September 26 letter that it attempted to file each of these documents by the applicable September 23 deadlines, but that it was unable to do so due to a problem with the ECF system.

2

IT IS FURTHER ORDERED that plaintiff shall promptly file under seal an unredacted copy of the Meister Declaration on ECF. If plaintiff is unable to file this document on ECF, it shall file a letter explaining the problem with the ECF system and its efforts to file the document.

Dated:   New York, New York
         September 28, 2022

                                    _____
                                              DENISE COTE
                                       United States District Judge