```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :      20cv9622 (DLC)
                                         :
                    Plaintiff,           :      ORDER
           -v-                           :
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                    Counterclaim         :
                    Plaintiff,           :
           -v-                           :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                    Counterclaim         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 5, 2022, the plaintiff submitted a letter requesting a conference to discuss the defendant's position on damages. The plaintiff states that it "is willing to have the Court deem th[e] letter a further motion in limine." The Court will treat the plaintiff's October 5 letter as a fourth motion in limine. Accoridngly, it is hereby

2

ORDERED that any opposition to the plaintiff's motion shall be submitted by October 12, 2022.  Any reply shall be due October 17, 2022.

Dated:    New York, New York
          October 6, 2022

                              _____
                                       DENISE COTE
                              United States District Judge