```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :    20cv9622 (DLC)
                                        :
                       Plaintiff,       :    ORDER
          -v-                           :
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                       Counterclaim     :
                       Plaintiff,       :
          -v-                           :
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :
                                        :
                       Counterclaim     :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having filed a motion under Rule 52(c), Fed. R. Civ. P., it is hereby

ORDERED that defendant, if it wishes, may file a response by October 26.

IT IS FURTHER ORDERED that the Court will reserve decision on this motion until the conclusion of the trial scheduled to commence on October 31. The parties are hereby reminded that

there will be no post-trial briefing unless ordered by the Court.

Dated:     New York, New York
           October 18, 2022

                                  _____
                                       DENISE COTE
                                  United States District Judge

2