```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :    20cv9622 (DLC)
                                        :
                         Plaintiff,     :        ORDER
              -v-                       :
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
NOROTON HEIGHTS & COMPANY, LLC,         :
                                        :
                         Counterclaim   :
                         Plaintiff,     :
              -v-                       :
                                        :
TREZ CAPITAL (FLORIDA) CORPORATION,     :
                                        :
                         Counterclaim   :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 17, 2022, the plaintiff filed a reply memorandum of law (the "Reply Memorandum") in support of its motion in limine to preclude the defendant from relying on certain documents produced after July 2, 2020. The filing is not publicly viewable on ECF and is instead designated for selected parties. Plaintiff has not filed a public version of the document, nor has it filed a letter requesting approval of a

sealed or redacted version of the memorandum. Accordingly, it is hereby

ORDERED that, should plaintiff wish to file a sealed or redacted version of the Reply Memorandum, plaintiff shall file a letter motion no longer than two (2) pages seeking approval to do so. As explained in greater detail in this Court's Individual Practices in Civil Cases, the letter shall be filed in public view and shall explain the reasons for seeking to file a sealed or redacted copy. If the initial filing was in error, plaintiff shall refile the Reply Memorandum as a publicly viewable filing on ECF.

Dated:   New York, New York
         October 18, 2022

                                      _____
                                            DENISE COTE
                                      United States District Judge