```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :    20cv9622 (DLC)
                              Plaintiff, :
              -v-                        :    ORDER
                                         :
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                              Defendant. :
----------------------------------------X
----------------------------------------X
NOROTON HEIGHTS & COMPANY, LLC,          :
                                         :
                         Counterclaim    :
                         Plaintiff,      :
              -v-                        :
                                         :
TREZ CAPITAL (FLORIDA) CORPORATION,      :
                                         :
                         Counterclaim    :
                         Defendant.      :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth in the Opinion and Order dated November 8, 2022, it is hereby

ORDERED that the Clerk of Court shall enter judgment for the plaintiff and counterclaim defendant, Trez Capital (Florida) Corporation, and close this case.

Dated:   New York, New York
         November 8, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge