UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TREZ CAPITAL (FLORIDA) CORPORATION,

                Plaintiff,                        20 **CIVIL** 9622 (DLC)

       -against-                           **JUDGMENT**

NOROTON HEIGHTS & COMPANY, LLC,,

                Defendant.
------------------------------------------------------------X
------------------------------------------------------------X
NOROTON HEIGHTS & COMPANY, LLC,
          Counterclaim
          Plaintiff,

      -against-

TREZ CAPITAL (FLORIDA) CORPORATION,
          Counterclaim
          Defendant.
-----------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated November 08, 2022, judgment is entered for Trez on all claims and counterclaims in the case. Noroton did not satisfy subsections (b), (c), (d), (e), or (k) of the Future Funding Requirements within ninety days of the closing date, as required under the Loan Agreement to receive further funding. Trez is not liable for any damages purportedly sustained by Noroton due to the failure to provide further funding.

**Dated:**  New York, New York
       November 09, 2022

                                                          **RUBY J. KRAJICK**
                                                                       Clerk of Court
                              **BY:**
                                                                         Deputy Clerk